

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 28, 2021**

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | CASE NUMBER: 21-30950 |
| LINDA KAY SNYDER | |
| DEBTOR(S) | CHAPTER 7 |

### DEFAULT ORDER TERMINATING AUTOMATIC STAY
(Related to Docket Entry # 12)

CAME ON for consideration the Motion for Relief from Stay Against Property and Waiver of Thirty Day Hearing Requirement ("Motion") filed by Select Portfolio Servicing, Inc. as mortgage servicer for U.S. Bank National Association, as indenture trustee, for the holders of the CIM Trust 2021-NR2, Mortgage-Backed Notes, Series 2021-NR2, ("Movant"). The Chapter 7 Trustee has filed no opposition to the Motion, no party has filed a response in opposition to the Motion, and that the date to oppose the Motion has passed, it is:

ORDERED that the automatic stay of 11 U.S.C. § 362 is terminated as to Movant, its successors in interest and assigns, and the property at 173 Audreys Lane, Artemas, PA 17211, legally described as:

    ALL THAT CERTAIN PROPERTY SITUATED IN THE TOWNSHIP OF MANN IN THE COUNTY OF BEDFORD AND COMMONWEALTH OF PENNSYLVANIA, BEING MORE FULLY DESCRIBED IN A DEED DATED 09/06/1996 AND RECORDED 09/19/1996, AMONG THE LAND RECORDS OF THE COUNTY AND STATE SET FORTH ABOVE, IN DEED VOLUME 633 AND PAGE 214.

(the "Property"). It is further

    ORDERED that Movant, its successors in interest and assigns, is authorized to pursue its statutory and contractual rights and remedies, including the taking of any action in order to gain possession of, or foreclose upon, or conduct a short sale of, or accept a deed in lieu as to the Property.

    ORDERED that all communications including notices required by state law, sent by Movant, its successors in interest and assigns, in connection with proceeding against the Property may be sent directly to the Debtor(s). It is further

    ORDERED that, based on the lack of filed opposition to the Motion, the fourteen-day provision of Rule 4001(a)(3) is waived and Movant, its successors in interest and assigns, may immediately enforce and implement this Order.

                    ***END OF ORDER***

Respectfully Submitted,

<u>/s/ Grant M. Tabor</u>
Grant M. Tabor 24027905
H. Gray Burks IV 33418320
Kirk Schwartz 24004908
Law Office of Gerald M. Shapiro, LLP
13105 Northwest Freeway, Suite 1200
Houston, TX 77040
(713) 462-2565
Attorneys for Movant
21-036894