BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
Linda Kay Snyder

Debtor(s)

§  
§ Case No.: 21−30950−mvl7  
§ Chapter No.: 7  
§

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  9/29/21

FOR THE COURT:  
Robert P. Colwell, Clerk of Court